# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTIRCT OF FLORIDA
# TAMPA DIVISION

INDIE CAPS, LLC, an Arizona
limited liability company,

    Plaintiff,

vs.

HAREY MACKLER, an individual; and
VAYIHEOR, LLC, dba Gempire, LLC, a
Florida limited liability company,

    Defendants.

CASE NO. 8:21-cv-01905-WFJ-AEP

## INDIE CAPS, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Indie Caps, LLC ("Indie Caps") answers the Counterclaim (D.E. 21) filed by Defendant Vayiheor, LLC, dba, Gempire, LLC ("Gempire") as follows.

1. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 1 of Gempire's Counterclaim, except that Indie Caps admits that Gempire stole Indie Caps' intellectual property and trade secrets and began wrongfully using Indie Caps' intellectual property and trade secrets to "recently" begin selling headwear.

2. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 2 of Gempire's Counterclaim.

3. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 3 of Gempire's Counterclaim.

4. Indie Caps denies the allegations contained in paragraph 4 of Gempire's Counterclaim.

5. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 5 of Gempire's Counterclaim.

6. Indie Caps denies the allegations in paragraph 6. Gempire stole Indie Caps designs, customer lists, customers, manufacturers, pricing information, and other confidential information to profit from Indie Caps' work product wrongfully and illegally. Gempire even used deception to convince the factory that was fabricating Indie Caps' products for Gempire to convince the factory that Gempire was Indie Caps. Harvey Mackler (the President of Gempire) and his colleague Thomas Ackerman even exchanged emails where they conspired to dupe the factory into believing that the factory was performing work for Indie Caps on Indie Caps projects, and they were doing so using Indie Caps confidential pricing information and confidential customer lists, and designs created by Indie Caps. In addition, Gempire emailed the factory designs for products that were created by Indie Caps, for Indie Caps' customers, and requested the factory to "duplicate it exactly." Once the factory discovered that Gempire had stolen all of Indie Caps' confidential information and was using

that information to harm Indie Caps, the factory elected to cease doing business with Gempire. The factory did so because of Gempire's dishonest and illegal activities – not because of any demands from Indie Caps.

7. Indie Caps denies the allegations contained in paragraph 7 of Gempire's Counterclaim. The owner of the factory (CTV) will testify that Gempire deceived the factory and that the factory ceased all business with Gempire because of Gempire's dishonest and illegal activities.

8  Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 8 of Gempire's Counterclaim regarding orders that Gempire placed with the factory and denies Indie Caps has no interest in the confidential information stolen from Indie Caps by Gempire.

9. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 9 of Gempire's Counterclaim.

10. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 10 of Gempire's Counterclaim.

11. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 11 of Gempire's Counterclaim.

12. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 12 of Gempire's Counterclaim.

13. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 13 of Gempire's Counterclaim.

14. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 14 of Gempire's Counterclaim.

15. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 15 of Gempire's Counterclaim.

16. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 16 of Gempire's Counterclaim.

17. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 17 of Gempire's Counterclaim.

18. Indie Caps is without knowledge or information sufficient to form a belief as the truth of the allegations contained in paragraph 18 of Gempire's Counterclaim.

19. Indie Caps denies the allegations in paragraph 19 of Gempire's Counterclaim.

20. Indie Caps denies the allegations in paragraph 20 of Gempire's Counterclaim.

21. Indie Caps denies the allegations in paragraph 21 of Gempire's Counterclaim.

22. Indie Caps denies the allegations in paragraph 22 of Gempire's Counterclaim.

23. Indie Caps denies the allegations in paragraph 23 of Gempire's Counterclaim.

24. Indie Caps denies the allegations in paragraph 24 of Gempire's Counterclaim.

25. Indie Caps denies the allegations in paragraph 25 of Gempire's Counterclaim.

26. Indie Caps denies the allegations in paragraph 26 of Gempire's Counterclaim.

27. Indie Caps denies the allegations in paragraph 27 of Gempire's Counterclaim.

28. Indie Caps denies the allegations in paragraph 28 of Gempire's Counterclaim.

29. Indie Caps denies the allegations in paragraph 29 of Gempire's Counterclaim.

30. Indie Caps denies the allegations in paragraph 30 of Gempire's Counterclaim.

## **AFFIRMATIVE DEFENSES**

1. Gempire's Counterclaim fails to state a claim upon which relief can be granted.

2. Gempire's Counterclaim is barred by the doctrine of unclean hands.

3. Gempire's Counterclaim is barred by the doctrine of equitable estoppel.

4. Gempire's Counterclaim is barred by the doctrine of laches.

5. Indie Caps denies that it is responsible for any conduct whatsoever that would justify and award of damages against it as alleged, or at all.

6. Indie Caps has not knowingly waived any affirmative defenses. Indie Caps affirmatively alleges each and every defense, including those set forth in Fed. R. Civ. P. 8(c) that may be supported by evidence obtained during the course of ongoing discovery and trial preparation.

**WHEREFORE**, Indie Caps requests that this Court enter judgment as follows:

1. Declaring Gempire takes nothing;
2. Dismissing Gempire's Counterclaim;
3. For Indie Caps' reasonable attorney's fees and costs;
4. For prejudgment and post-judgment interest; and
5. For such other relief as the Court may deem necessary or appropriate.

Dated this 17th day of November, 2021.

                                Respectfully submitted,

                                */s/ Brandon J. Hill*  
                                **BRANDON J. HILL**  
                                Florida Bar Number: 0037061  
                                Direct Dial: 813-337-7992  
                                **AMANDA E. HEYSTEK**  
                                Florida Bar Number: 0285020  
                                Direct Dial: 813-379-2560  
                                **WENZEL FENTON CABASSA, P.A.**  
                                1110 N. Florida Avenue, Suite 300  
                                Tampa, Florida 33602  
                                Main Number: 813-224-0431  
                                Facsimile: 813-229-8712  
                                Email: bhill@wfclaw.com  
                                Email: aheystek@wfclaw.com  
                                Email: aketelsen@wfclaw.com

                                **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of November, 2021, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system which will send an electronic copy to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
